# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 690 |
| | : | |
| ORDER AMENDING RULE 1905 OF THE | : | CIVIL PROCEDURAL RULES |
| PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of March, 2019, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3) in the interest of efficient administration:

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1905 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on April 10, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.